# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS CAVE,<br>    Plaintiff(s),<br>v.<br>M. O'BRINKLEY, et al.,<br>    Defendant(s). | Case No.: 2:20-cv-00413-APG-NJK<br><br>**ORDER** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than August 17, 2020.

IT IS SO ORDERED.

Dated: August 10, 2020

                                                Nancy J. Koppe
                                              United States Magistrate Judge