# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRIS CAVE,

    Plaintiff,

v.

MICHAEL BRINKLEY, et al.,

    Defendants.

Case No. 2:20-cv-00413-APG-NJK

**ORDER**

On November 19, 2020, the Court granted a motion to stay discovery filed by Defendants Brinkley and Mead ("Defendants") pending resolution of Defendants' motion to dismiss. Docket No. 38; *see also* Docket No. 10 (motion to dismiss). The Court further ordered the parties to file a joint proposed discovery plan within 14 days of the issuance of the order resolving Defendants' motion. Docket No. 38 at 2. Defendants' motion to dismiss was resolved on March 15, 2021. Docket No. 51. To date, however, the parties have not filed a joint proposed discovery plan or requested an extension to do so. *See* Docket. Accordingly, the parties are hereby **ORDERED** to file a joint proposed discovery plan no later than April 23, 2021.

IT IS SO ORDERED.

Dated: April 19, 2021

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge