# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRIS CAVE,

    Plaintiff,

v.

MICHAEL BRINKLEY, et al.,

    Defendants.

Case No. 2:20-cv-00413-APG-NJK

**ORDER**

[Docket Nos. 61, 62]

On June 16, 2021, Plaintiff filed two proposed subpoenas. Docket Nos. 61, 62. Plaintiff incorrectly proposes the subpoenas pursuant to the Federal Rules of Criminal Procedure; however, the instant case is a civil case. Accordingly, the Court **STRIKES** the above-referenced documents.

IT IS SO ORDERED.

Dated: June 17, 2021

                                                                    Nancy J. Koppe
United States Magistrate Judge