UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS CAVE, | Case No.: 2:20-cv-00413-APG-NJK |
| Plaintiff | **Order Dismissing Case** |
| v. | [ECF Nos. 52, 68, 69] |
| M. O'BRINKLEY, KENNETH MEAD, and BARRY HOLMES, | |
| Defendants | |

The defendants moved to dismiss plaintiff Chris Cave's first amended complaint. ECF Nos. 68, 69. Cave did not respond to the motions and the deadline to do so has passed. "The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Local Rule 7-2(d). And, the motions are supported by good cause.

I THEREFORE ORDER that the defendants' motions to dismiss **(ECF Nos. 68, 69) are granted**. The first amended complaint is dismissed. The clerk of the court is directed to enter judgment accordingly and close this case.

I FURTHER ORDER that Cave's motion for reconsideration **(ECF No. 52) is denied** as moot.

DATED this 6th day of August, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE